AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)   ☐ Original   ☐ Duplicate Original

# UNITED STATES DISTRICT COURT

for the

Central District of California

LODGED
CLERK, U.S. DISTRICT COURT
3/14/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: TV DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
3/14/24
CENTRAL DISTRICT OF CALIFORNIA
BY: nne DEPUTY

United States of America,

v.

EDRAS DURAN,
aka "Edras Enriquez," aka "Herk," aka "Herck"

Defendant(s)

Case No.   2:24-mj-01488

## CRIMINAL COMPLAINT BY TELEPHONE
## OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of February 14, 2024 in the county of Los Angeles in the Central District of California, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possession of ammunition |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

/s/ Craig Meekins
Complainant's signature

Craig Meekins, FBI SA
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: March 14, 2024

/s/ Michael R. Wilner
Judge's signature

City and state: Los Angeles, California

Hon. Michael R. Wilner, U.S. Magistrate Judge
Printed name and title

AUSA: Daniel H. Weiner (x0813)

**AFFIDAVIT**

I, Craig Meekins, being duly sworn, declare and state as follows:

## I.  PURPOSE OF AFFIDAVIT

1. This affidavit is made in support of a criminal complaint against and arrest warrant for EDRAS DURAN, also known as ("aka") "Edras Enriquez," aka "Herk," aka "Herck" ("DURAN"), for being a felon in possession of ammunition in violation of 18 U.S.C. § 922(g)(1), on or about February 14, 2024.

2. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and arrest warrant and does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only, all amounts or sums are approximate, and all dates and times are on or about those indicated.

## II. BACKGROUND OF AFFIANT

3. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been so employed since December 2021. I am currently assigned to the Los Angeles Field Division, Long Beach Resident Agency Violent Crime Squad, which is responsible for investigating kidnappings, extortion, bank robberies, Hobbs Act violations, and other violent crimes.

4.   Since becoming an FBI Special Agent, I have received formal training at the FBI Training Academy in Quantico, Virginia.  This training included segments on conducting criminal investigations, narcotics identification, organized crime, and other law enforcement topics.  During the time I have been employed by the FBI, I have participated in investigations relating to kidnappings, extortion, crimes against children, drug trafficking, organized crime and gangs, and other violent crimes.  I have participated in many aspects of criminal investigations, including, but not limited to, reviewing evidence, issuing subpoenas, analyzing pen and trap and trace records, consensually monitored telephone calls, conducting physical and electronic surveillance, working with informants, and executing search and arrest warrants.

### III.  SUMMARY OF PROBABLE CAUSE

5.   On February 14, 2024, law enforcement executed a California state search warrant at DURAN's residence to search for evidence of violations of California Penal Code Sections 29800 (a)(1) (felon in possession of a firearm), 182.5 (criminal gang conspiracy) and 186.22 (active participant in a criminal street gang).  During the search of DURAN's bedroom, law enforcement seized, among other items, a loaded Glock magazine with eight rounds of 9mm ammunition.  In the same drawer, law enforcement found multiple items labeled with DURAN's alias "Edras Enriquez," including a pill bottle and a medical release document.  The bedroom also contained graffiti with DURAN's moniker, "Herck."  Accordingly, because DURAN has been convicted

of multiple felony crimes, he is prohibited from possessing the above-mentioned ammunition.

### IV. STATEMENT OF PROBABLE CAUSE

### A. Law Enforcement Seize Eight Rounds of Ammunition from DURAN's Bedroom

6. Based on my involvement in this investigation, my conversations with other law enforcement officials involved in this investigation, and my review of reports and records connected to this investigation, I know the following:

    a. On February 13, 2024, California Superior Court Judge Laura Laesecke authorized a warrant to search DURAN's residence for evidence, contraband, fruits, or instrumentalities of violations of California Penal Code Sections 29800 (a)(1) (felon in possession of a firearm), 182.5 (criminal gang conspiracy) and 186.22 (active participant in a criminal street gang).

    b. On February 14, 2024, law enforcement executed the search warrant at DURAN's residence at 1317 West Park Western Drive, Apartment 5, San Pedro, California, in the Central District of California. The residence in a two-bedroom, one bath apartment.

    c. During the search of a bedroom later determined to belong to DURAN, law enforcement seized a loaded Glock handgun magazine containing eight rounds of 9mm ammunition from a dresser drawer. In that same drawer, law enforcement found multiple items labeled with DURAN's alias "Edras Enriquez," including a medication prescription bag, a pill bottle, and a

medical release document.  The document also listed Edras Enriquez's date of birth as 12/16/1991.

       d.    Law enforcement knows that DURAN's alias is "Edras Enriquez," because: (i) DURAN and Edras Enriquez have the same FBI number and date of birth; and (ii) Edras Enriquez is listed as an alias of DURAN's on California government records.

       e.    Moreover, in the same bedroom, law enforcement saw graffiti and a sunglass case labeled with DURAN's moniker, "Herck."

       f.    In the same bedroom, law enforcement also seized various Glock gun parts -- specifically, a Glock trigger, a Glock extended magazine release, and a Glock guide rod -- and packaging labeled "Glock" from a closet.

    **B.**    **<u>DURAN is a Convicted Felon</u>**

    7.    Based on my review of DURAN's conviction documents, I know that he has been convicted of the following felony crimes, each punishable by a term of imprisonment exceeding one year:

       a.    On or about December 26, 2012, a violation of California Health & Safety Code Section 11379(a): Transportation/Sales of a Controlled Substance in the Superior Court for the State of California, County of Los Angeles, Case Number NA09424501;

       b.    On or about January 3, 2013, a violation of California Penal Code Section 496(a): Receiving Stolen Property in the Superior Court for the State of California, County of Los Angeles, Case Number NA09484501;

   c. On or about April 7, 2016, a violation of California Penal Code Sections 245(c): Assault with a Deadly Weapon on Police Officer, Penal Code Section 69: Obstructing a Police Officer, Vehicle Code Section 2800.2: Felony Evading, Vehicle Code Section 10851(a): Taking a Vehicle Without Owner's Consent in the Superior Court for the State of California, County of Los Angeles, Case Number NA10316301;

   d. On or about November 6, 2019, a violation of California Health and Safety Code Section 11370.1(a): Possession of a Controlled Substance While Armed in the Superior Court for the State of California, County of Los Angeles, Case Number YA10104401;

   e. On or about October 19, 2022, a violation of California Penal Code Section 29800(a)(1): Felon in Possession of a Firearm in the Superior Court for the State of California, County of Los Angeles, Case Number NA12079201.

  C. **Interstate Nexus**

  8. On March 13, 2024, FBI Special Agent James Yun analyzed the eight rounds of 9mm ammunition recovered from DURAN's residence. Special Agent Yun concluded that the rounds of 9mm ammunition were produced by various manufacturers, all of which are located outside of California, and therefore the ammunition (which was recovered in California) traveled in or affected interstate commerce.

        V. **CONCLUSION**

  9. For all the reasons described above, there is probable cause to believe that DURAN violated 18 U.S.C. § 922(g)(1),

being a felon in possession of ammunition, on or about February 14, 2024.

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 14th day of March, 2024.

_____
HONORABLE MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE